UNITED STATES DISTRICT COURT

Southern District of Florida

Case No.: 06-60223

2006 MAR 27 PM 3: 12

CLERK...
CLERK U.S. ...
S.D. OF FL ...

BILLY J. GELTER, an individual, f/k/a
"Billy J. Igmire,"

Plaintiff,

Vs.

ADAM JEFFREY KATZ, P.A., A Florida Professional Association,
And ADAM JEFFREY KATZ, an individual

Defendant.

## MOTION TO DISMISS AS TO DEFENDANT ADAM JEFFREY KATZ, AN INDIVIDUAL AND MOTION FOR SANCTIONS

**COMES NOW**, the Defendant, ADAM JEFFREY KATZ, AN INDIVIDUAL, by and through its undersigned counsel, and files this Motion to Dismiss, and as grounds shall state the following:

1. On or about March 7, 2006 the Defendant was served with a Complaint on the above-styled matter.

2. The Defendant, Adam Jeffrey Katz, P.A., is a subchapter S Corporation whom was incorporated on or about March, 1996.

3. The Defendant, Adam Jeffrey Katz, P.A., as a corporate entity, engages in the practice of law.

4. The Defendant, Adam Jeffrey Katz, P.A., as a corporate entity, initiated a civil



cause of action against the Plaintiff, to wit: Case No.: COCE-06-00038 (49).

5. The Corporation, Adam Jeffrey Katz, P.A. is an entity which has been established for many years and always acts in good faith without malice aforethought.

6. Adam Jeffrey Katz, the individual, named as a Co-Defendant in this action, has never availed itself as a party to the cause of action styled "National Financial Holdings v. Billy J. Ingmire, Case No.:COCE-06-00038 (49).

7. Counsel for Plaintiff is an experienced and well learned attorney whom is very familiar with the law and the principles of corporate and/or personal liability doctrines as it relates to the instant matter to the extent that he clearly knew or should have known that in the instant action Adam Jeffrey Katz, Esquire is NOT individually liable. Based upon counsel for Plaintiff's knowledge, it is reasonable to assume that same has acted in bad faith by attempting to hold the Defendant liable as an "individual."

**WHEREFORE**, the undersigned counsel respectfully requests this Court enter an Order:

(A) Dismissing Adam Jeffrey Katz, an Individual, as a Defendant in these proceedings, with prejudice.

(B) Awarding the Defendant Attorney's fees for the bad faith filing of Adam Jeffrey Katz, "an Individual," in this matter.

(C) Grant any further relief that this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of this Motion was filed with the Clerk of Court, United States District Court, Southern District of Florida, and a true and correct copy was furnished via facsimile and Regular U.S. Mail to Mr. Robert W. Murphy, Esq., Attorney for Plaintiff, 1212 S.E. 2nd Avenue, Fort Lauderdale, Florida 33316 this 27th day of March, 2006.

ADAM J. KATZ, P.A.

_____
**Adam Jeffrey Katz, Esquire**
**Attorney for Defendant**
**5571 North University Drive, Ste #204**
**Coral Springs, Florida 33065**
**Telephone (954) 761-8080**
**FBN:983217**