FILED by _____ D.C.

MAY 1 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 06-60223-CIV-GRAHAM/O'SULLIVAN

BILLY J. GELTER, an
individual, f/k/a
"Billy J. Igmire,",

      Plaintiff,

v.

ADAM JEFFREY KATZ,
P.A., a Florida
Professional
Association, and
ADAM JEFFREY KATZ,
an individual,

      Defendants.
_____/

## ORDER

    THIS CAUSE came before the Court upon the "Motion To Dismiss As To Defendant Adam Jeffrey Katz, An Individual And Motion For Sanctions" [D.E. 8].

    THE COURT has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

    On February 22, 2006, Plaintiff filed the instant action, seeking damages against Defendants under the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55(1).

    On March 27, 2006, defendant Adam Jeffrey Katz, P.A. filed an answer to the complaint.  On March 27, 2006, defendant Adam Jeffrey Katz, an individual, filed the instant motion to dismiss.  The motion is two pages in length, and fails to cite any legal authority.

Defendant argues only that

> Counsel for Plaintiff "is an experienced and well learned attorney whom is very familiar with the law and the principles of corporate and/or personal liability doctrines as it relates to the instant matter to the extent that he clearly knew or should have known that in the instant action Adam Jeffrey Katz, Esquire is NOT individually liable. Based upon counsel for Plaintiff's knowledge, it is reasonable to assume that same has acted in bad faith by attempting to hold the Defendant liable as an 'individual.'

Defendant's motion lacks a memorandum of law, in violation of Rule 7.1A of the Local Rules of the United States District Court for the Southern District of Florida. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss [D.E. 8] is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of May, 2006.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


cc: Counsel of Record

- 2 -