UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE _O'Sullivan_ CIVIL CALENDAR

COURTROOM _South_

CASE NO: _06-60223-Cohen_ DATE _7/17/06_ TIME _1:30_ END _2:20_

STYLE _Billy Selter v. Adam Katz_

ATTORNEY(S)/PLTF _Robert Murphy_

ATTORNEY(S)/DEFT _Wendy Stein_

PROCEEDING _Proposed Order to be prepared by Counsel for Deft – Motion for Sanctions agreed by parties_

TAPE NO: _06A-56-1338_

ECR CLERK: _____

CT. REPORTER: _____

MAGISTRATE CLERK _____